DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KAREN L. WALLACE,**
Appellant,

v.

**JOSEPH R. WALLACE,**
Appellee.

No. 4D19-2877

[May 28, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis, Judge; L.T. Case No. 50-2012-DR-003000-XXXMB.

Jordan B. Abramowitz of Abramowitz and Associates, Coral Gables, for appellant.

Kristin A. West of the Law Offices of Kristin A. West, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***